448 A.2d 1157

Commonwealth v. Bishop, Appellant.

Submitted February 17, 1981. Barry S. Yaches, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.